**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:25-cr-00292 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | |
| **JOSE EDUARLIN SANTOS-HERNANDEZ,** | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Defendant. | |

The above Defendant, accompanied by counsel, proffered a plea of guilty to the Indictment before Magistrate Judge James Grimes. The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied.

THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge James Grimes and accepts the Defendant's offer of guilt and finds the Defendant guilty as to the Indictment.

**IT IS SO ORDERED.**

                                                                                                               *s/Pamela A. Barker*
                                                                                                               PAMELA A. BARKER
Date:  September 2, 2025                                    U. S. DISTRICT JUDGE